**THIS ORDER IS APPROVED.**

T I F F A N Y  &  B O S C O
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-28345

Dated: February 09, 2011

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 4:10-bk-30647-JMM |
| Steven S. Gade | Chapter 7 |
| Debtor. | |
| _____ | ORDER FOR ABANDONMENT |
| Wells Fargo Bank, N.A. | |
| Movant, | (Related to Docket #27) |
| vs. | |
| Steven S. Gade, Debtor; Stanley J. Kartchner, Trustee. | |
| Respondents | |

On this day came on for consideration, Wells Fargo Bank, N.A., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

40897 W. Hayden Drive
Maricopa AZ 85239

1      and legally described as:

2   LOT 111, FINAL PLAT FOR PARCEL 1 AT HOMESTEAD NORTH, ACCORDING TO THE
3   PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY,
    ARIZONA, RECORDED IN CABINET F, SLIDE 134.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26